**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PARIS I. MONTANA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01063-JAD-GWF |
| vs. | ) | **ORDER** |
| DRIVE TIME CREDIT CORPORATION and EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 5, 2015. Defendant DT Credit Company filed a Motion to Dismiss (#9) on November 12, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 14, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 4th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge