**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARIS I. MONTANA, | ) |
| Plaintiff, | )     Case No. 2:15-cv-01063-JAD-GWF |
| vs. | )     **ORDER** |
| DRIVE TIME CREDIT CORPORATION and EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendants. | ) |

This matter is before the Court on Defendant DT Credit Company's Motion to Stay (#18) filed January 7, 2016.  The Court conducted a scheduling conference on January 13, 2016.  After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant DT Credit Company's Motion to Stay (#18) is **granted**, subject to Defendant DT Credit Company providing the Court and Plaintiff's counsel a copy of the written agreement containing the binding arbitration provision.  If the Court determines that the contract contains a potentially binding arbitration agreement, then the stay of discovery will continue in force until the issue of whether this case is subject to the binding arbitration is resolved.

DATED this 13th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge