Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Paris I. Montana,<br><br>            Plaintiff,<br>v.<br><br>Drive Time Credit Corporation and Equifax Information Services, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-01063-JAD-GWF<br><br>**JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 7-1(c), Plaintiff Paris I. Montana ("Plaintiff") and Equifax Information Services, LLC ("Equifax") move this Court to dismiss with prejudice Plaintiff's claims against Equifax only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of June 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/ Bradley T Austin
Bradley T Austin, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for DefendantEquifax Information Services, LLC*

Good cause appearing, IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/6/16 _____