Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Paris I. Montana,<br><br>          Plaintiff,<br>v.<br><br>Drive Time Credit Corporation and Equifax Information Services, LLC,<br><br>          Defendants. | Case No.: 2:15-cv-01063-JAD-GWF<br><br>**Order Granting Stipulation to Dismiss Defendant Drive Time Credit Corporation and Closing Case**<br><br>[ECF No. 29] |

_____
1

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Paris I. Montana ("Plaintiff") and Defendant Bridgecrest Credit Company, improperly identified as Drive Time Credit Corporation ("Defendant"), stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this  15th day of June 2016.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Dickinson Wright PLLC**

By:  /s/ Michael Feder
Michael N Feder, Esq.
Gabriel A. Blumberg, Esq.
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210
*Attorney for Defendant Drive Time Credit Corporation*

### ORDER

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
6/17/16